UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
LEVELLE MING,

                *Plaintiff,*

-against-

MR. LIVINGSTON, MR. RODRIGUEZ,
MR. MITCHELL, MRS. GAIL HAYNES,
MR. BRAD COHEN, MIS SMALLS,
MR. SPRING, MR. HOWARD; MR. CECE,
MISS MEDINA, MR. BAPTISTE, MR.
SAUNDERS, MISS MOBLEY, MISS
WILLIAMS, MR. DAVID STEINBERG,

                *Defendants.*
---------------------------------------------------------------X

JUDGMENT
09-CV-2834 (JG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 16 2009 ★

**BROOKLYN OFFICE**

     A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on October 15, 2009, dismissing the complaint for lack of subject matter jurisdiction; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Memorandum and Order would not be taken in good faith; and denying *in forma pauperis* status for purpose of an appeal; it is

     ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the complaint is dismissed for lack of subject matter jurisdiction; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal frm the Court's Memorandum and Order would not be taken in good faith; and that *in forma pauperis* status is denied for purpose of an appeal.

Dated: Brooklyn, New York
       October 15, 2009

                                       s/Robert C. Heinemann
                                       ROBERT C. HEINEMANN
                                       Clerk of Court